■ NATIONAL PSYCHOLOGICAL ASSOCIATION FOR PSYCHOANALYSIS, INC., et al. v. UNIVERSITY OF THE STATE OF NEW YORK.— Motion granted, and this court certifies, pursuant to section 593 of the Civil Practice Act, that a constitutional question is directly involved in such appeal. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JAMES MASON.—It is ordered that the order of this court, entered on March 24, 1960 dismissing the aforesaid appeal, be and the same hereby is vacated and said appeal is reinstated; and it is further ordered that the said motion for leave to appeal as a poor person be and the same hereby is granted insofar as to permit the appeal to be heard on the original record, without printing the same, except that a certified copy of the indictment shall be substituted in place of the original indictment, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney of New York County and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court on or before October 4, 1960, with notice of argument for the November 1960 Term of this court, said appeal to be argued or submitted when reached. Nathan Kestnbaum, Esq., of 110 East 42nd Street, New York, New York is assigned as counsel for the appellant for the purposes of the appeal. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

## (May 11, 1960)

■ In the Matter of the Accounting of JACQUELINE SELIGMANN, as Ancillary Administratrix C. T. A. of the Estate of ELLA J. SELIGMANN, Deceased, Appellant. FRANCOIS-GERARD SELIGMANN, Respondent.— Motion to have appeal added to the June 1960 Term Calendar of this court granted, upon condition that the appellant serves and files a notice of argument for the June 1960 Term of this court on or before May 13, 1960. Respondent's points are to be served and filed on or before May 26, 1960. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

## (May 12, 1960)

■ LOUIS MAZZELLA, Individually, and as Assignee of JESSIE MAZZELLA v. AMERICAN HOME CONSTRUCTION COMPANY, INC.— Motion for leave to reargue appeal denied, with $10 costs. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ In the Matter of LOUIS J. CARBONETTI against JUSTICES OF THE SUPREME COURT OF THE FIRST JUDICIAL DISTRICT et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ ROBERT D. STERLING v. PAUL LAPIDUS.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.